JAMES P. KEMP, ESQUIRE                                         E-FILED 7/2/09
Nevada Bar No. 006375
KEMP & KEMP, Attorneys at Law
7435 West Azure Drive Suite: 110
Las Vegas, NV  89130
(702) 258-1183
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

MASON, Mark & Jeanett    )    Bankruptcy No.   09-15297-bam
                         )    CHAPTER: 7
                         )
                         )
         DEBTOR          )
_____)

## NOTICE OF CHANGE OF ADDRESS

     **COMES NOW** JAMES P. KEMP, ESQ.,  Debtor's attorney, and hereby gives notice of change of address.  Therefore, effective immediately, all future pleadings, discovery and correspondence should be addressed as follows:

**Mark & Jeanette Mason**

**16217 81st Lane N**

**Loxahatchee, FL 33470**


DATED this  2nd day of July, 2009.

       /s/James P. Kemp, Esq
JAMES P. KEMP, ESQUIRE
Nevada Bar No.006375
Kemp & Kemp, Attorneys at Law
7435 West Azure Drive Suite: 110
Las Vegas, NV  89130
Attorney for Debtor

1

# CERTIFICATE OF SERVICE

Pursuant to NRCP Rule 5(b) and EDCR 7.26 the undersigned employee of KEMP & KEMP, Attorneys at Law, certifies that on the date indicated below, a true and correct copy of the foregoing document was mailed to the following person(s) at the address below:

Lenard E. Schwartzer

Bankruptcy Trustee

2850 S. Jones Blvd., #1

Las Vegas, NV 89146

And was also sent via the court's CM/ECF system to the address on file for the Chapter 7 Trustee

Dated 2nd day of July, 2009.

                                                                  /s/ Josie Brito

                                                             An employee of KEMP & KEMP, attorney's at Law